JS 44   (Rev. 06/17)

# CIVIL COVER SHEET
Case no. 20-835

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| ROBERT ASHER, individually on behalf of all others similarly situated, | KELER WILLIAMS REALTY, INC., and KW MANAGEMENT, LLC, |

**(b)** County of Residence of First Listed Plaintiff   Travis County, TX
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Travis County, TX
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Robert A. McLauchlan, PLLC 1409 Harborside Dr. Galveston, TX 77550
(512) 339-4100 robert.a.mclauchlan@gmail.com

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
Plaintiff

☒ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 2   U.S. Government
Defendant

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☒ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1   Original Proceeding

☐ 2   Removed from State Court

☐ 3   Remanded from Appellate Court

☐ 4   Reinstated or Reopened

☐ 5   Transferred from Another District *(specify)*

☐ 6   Multidistrict Litigation - Transfer

☐ 8   Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
47 U.S.C 227 Restrictions of Use of Telephone Equipment
Brief description of cause:
Violation of the Telephone Consumer Protection Act

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE   Robert Pitman
DOCKET NUMBER   18-cv-00775-RP

DATE
08/09/2020

SIGNATURE OF ATTORNEY OF RECORD
/s/ Robert A. McLauchlan

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)**   **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  **(b)**   **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  **(c)**   **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**   **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked**.  (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**   **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.**   **Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: Nature of Suit Code Descriptions.

**V.**   **Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.  When the petition for removal is granted, check this box.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**   **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.**   **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.

Robert A. McLauchlan, MD, JD
The Law Offices of Robert A. McLauchlan
1409 Harborside Dr.
Galveston, TX 77550
Telephone: (512) 339-4100
Robert.A.McLauchlan@gmail.com

*Attorneys for Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **ROBERT ASHER**, individually on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>  v.<br><br>**KELER WILLIAMS REALTY, INC.**, and **KW MANAGEMENT, LLC**,<br><br>          Defendants. | Case no. 20-835<br><br>**CLASS ACTION**<br><br>**JURY DEMAND** |

## CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff Robert Asher ("Plaintiff" or "Asher") brings this Class Action Complaint and Demand for Jury Trial against Defendants Keller Williams Realty, Inc. ("Keller Williams") and KW Management, LLC doing business as Keller Williams Austin SW ("KW Austin SW"), to stop Defendants from directing real estate agents to violate the Telephone Consumer Protection Act ("TCPA") by making unsolicited, pre-recorded calls to consumers, and to otherwise obtain injunctive and monetary relief for all persons injured by Defendants' actions. Plaintiff alleges as follows upon personal knowledge as to himself and his own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by his attorneys.

This case specifically addresses a consumer's right to be left alone from intrusive calls from real estate agents promoting their realty services at the behest of their brokerages. Defendant Keller Williams trains their brokerages and agents to make cold calls to generate listings and, at a minimum, ratifies this prevalent lead generation tactic in the real estate industry.

## PARTIES

1.     Plaintiff Asher is a Sunset Valley, Texas resident.

2.     Defendant Keller Williams is a Texas incorporated and headquartered corporation that conducts business throughout this District, Texas, and the United States.

3.     Defendant KW Management, LLC, Inc. d/b/a Keller Williams Austin SW is an Austin, Texas company incorporated and headquartered in Texas.  Austin SW conducts business throughout this District.

## JURISDICTION AND VENUE

4.     This Court has federal question subject matter jurisdiction over this action under 28 U.S.C. § 1331, as the action arises under the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA").

5.     This Court has personal jurisdiction over Defendants and venue is proper in this District under 28 U.S.C. § 1391(b) because Defendants have their headquarters in this District, and because the wrongful conduct giving rise to this case was directed from the Defendants from this District to the Plaintiff who also resides in this District.

**COMMON ALLEGATIONS**

**Diane Johnson and Melanie Kennemann, as the Team Leaders
of KW Austin SW, Endorse Their Agents' Cold Calling**

6.     Defendant KW Management, LLC operates using the d/b/a Keller Williams
Austin SW.

7.     KW Austin SW is the first Keller Williams office that founder/CEO Gary
Keller opened, the largest real estate office in North America, and Keller Williams' most
productive market center.[1]

8.     KW Austin SW is currently led by team leaders Dianne Johnson and
Melanie Kennemann.[2]

9.     Keller Williams was "Named the #1 Training Organization in the world by
Training Magazine in 2015" and in their own words, Keller Williams "is often described
as a training and coaching company cleverly disguised as a real estate franchise."[3]

10.    One of the main focuses of Keller Williams training, from Gary Keller to
the brokerages team leads and coaches, comes down to lead generation.

11.    Diane Johnson operating principal of KW Austin SW says: "There are a lot
of agents that get into the business, and they have to do two things really well: one is lead
generate – and we hear that every single day around here – the second one is mastering
scripts."[4]

---

[1] https://www.facebook.com/pg/KellerWilliamsAustinSWMC/about/?ref=page_internal
[2] http://kwaustinswmc.mcsites.bullsaisystems.com/our-leadership-team/
[3] http://kwaustinswmc.mcsites.bullsaisystems.com/training-coaching/
[4] https://www.youtube.com/watch?v=-udmXfgWRGg

12.     Melanie Kennemann, the other KW Austin SW team leader, in the same speech, acknowledges that lead generation is the key to a sustaining real estate agent business model and she openly endorses cold calling stating: "The lead-gen, it just has to be what you do…how many people did you talk to today... and finding your niche. My lead gen is not going to be the same as someone else's like cold calling because I'm a people person…other people FSBO for-sale-by-owners, so find that niche for you and master that."

13.     Kennemann posted a video on YouTube[5] and Facebook – Do you prospect 75 hours a WEEK??:





14.     In this video, Kennemann speaks with Gary Gentry (the first Keller Williams agent that Keller Williams' CEO Gary Keller hired, who is still a very

[5] https://www.youtube.com/watch?v=HyS9MP_4evo
[6] https://www.facebook.com/melanie.kennemann

successful agent working for KW Austin SW over 30 years later) and Tomas Corzo, a successful KW Austin SW broker/realtor.

15.    Gentry explains during the interview that he would prospect for 75 hours every week before becoming a real estate agent and it was this experience that prepared him for success with Keller Williams. (In 2019, Gentry ranked within the top 5% of all real estate agents in Austin, Texas.[7])

16.    In response, Kennemann answers, "Sounds pretty BOLD to me. You know, I just, I want to bring up that point because 75 hours a week of lead gen, and, and many agents struggle with 1 hour a day, 5 hours a week or 10 hours a week, or, my gosh, imagine if you followed the MREA [reference to Million Real Estate Agent book written by Keller Williams' founder and CEO Gary Keller] and you did 3 hours a day which is 15 hours a week of lead generation, which leads to everything else…"

17.    Kennemann is referencing how Gentry's daily prospecting calls are in line with Kennemann's endorsement of KW BOLD, a multi-week training program produced by Keller Williams which KW Austin SW incentivizes its agents to take.  KW BOLD is a program that trains agents to make daily prospecting, cold calls to generate leads.

## KW Austin SW Incentivizes Agents to Take KW BOLD

18.    KW Austin SW trains its agents based on the courses and training provided by Defendant Keller Williams, including direction and training from Keller Williams' co-founder Gary Keller.

---

[7] https://www.facebook.com/pg/KellerWilliamsAustinSWMC/posts/?ref=page_internal

19.     Keller Williams' training includes Keller Williams' BOLD ("BOLD") program, which provides instruction and training on who to call, how to call them, and what to say.

20.     More specifically, KW BOLD instructs agents to cold call consumers who have never given the agent consent to call them such as consumers with expired listings (who have no relationship with Keller Williams) or for-sale-by-owner consumers who have not invited solicitation calls from Keller Williams agents to solicit them to list their property with them.

21.     Keller Williams' BOLD program was created and is run by Dianna Kokoszka who is the CEO of Defendant Keller Williams' training program MAPS (Mega Achievement Productivity Systems for Keller Williams).

22.     Over seven weeks, KW BOLD "conditions real estate agents with powerful mindset exercises, language techniques, business-building strategies and ***live real estate lead generation activities.***"[8]

23.     KW Bold trains agents to cold call consumers with expired listings[9] and FSBOs to solicit them to list with them.

---

[8] https://moving-careers.com/fsbos-expired-listings-kw-bold-revolution-career-in-real-estate-at-keller-williams/

[9] "In Step 4 of KW Bold Revolution, participants continue real estate lead generation success by calling expired listings and tackle their personal breakdowns with a stirring experience in gratitude. Through powerful exercises, they realize the influence of a positive mindset and self-image, and face their fears in preparation for making calls." https://moving-careers.com/fsbos-expired-listings-kw-bold-revolution-career-in-real-estate-at-keller-williams/

Case no. 20-835

6

24.    The BOLD program coyly refers to FSBOs which normally refers to "For Sale by Owner" as "Fastest Source of Business Opportunity"[10] and directs their agents to cold call those phone numbers as a valued lead source for new business.

25.    Phone calls that are placed to FSBO consumers and consumers with expired listings are cold calls, as the consumers never provided consent to receive solicitation calls from Keller Williams' agents who are calling to offer their services.

26.    Keller William's BOLD's course entails step-by-step training on cold calling expireds and FSBOs, including training them on scripts to use during the calls.



27.    Defendant KW Austin SW promotes its agents to take BOLD so much that they incentivize their agents to take the program in return for company giveaways promoted by their team leaders:

---

[10] https://www.youtube.com/watch?v=vUOiFvOFuvI
[11] *Id.*



*Figure 1: KW Austin SW Team Leaders Melanie Kennemann and Diane Johnson promoting KW Bold to their Keller Williams Agents[12]*



*Figure 2: KW Austin SW Team Leaders Kennemann and Diane Johnson promoting KW Bold to their Keller Williams Agent[13]*

---

[12] https://www.facebook.com/pg/KellerWilliamsAustinSWMC/posts/
[13] *Id.*



14

**KW Austin SW Endorses Their Agents' Cold Calling**

28.    KW Austin SW endorses their most successful teams and agents who generate their listings through cold calling. For instance, KW Austin SW team leader Melanie Kennemann knows about and ratifies the cold calling of her leading team, Tim Heyl's team, despite Heyl openly admitting that his team generates their leads through cold calling consumers.

29.    When Melanie Kennemann interviewed Tim Heyl she stated "It's Melanie Kennemann team leader at Austin SW and OP at Austin NW and I am so excited that my dear friend and number one agent Tim Heyl, I know everyone has heard of you, because

---

14 https://www.facebook.com/melanie.kennemann

last year Inman's innovator of the year award, Tim Heyl will tell us what he is doing with all of the companies he has….you are the number one team in our office for GCI."[15]

30.    Tim Heyl, who runs the number one team within Defendant KW Austin SW (and is one of the top 5 real estate producers within Keller Williams as a whole), for gross commission income is an outspoken proponent of generating his listings through cold calling.

31.    As Heyl goes on to state "Then I realized that phones can bring consistency to our business."

32.    Tim Heyl even created a side business called "Phone Animal" where other Keller Williams agents can purchase a phone animal subscription from Tim Heyl's "prospectors" to work as an inside sale agent for generating phone leads for that particular Keller Williams company or agent.[16]

33.    Heyl states in another video "This is where the name came for our business 'phone animal' – we've always said you have to be looking for a phone animal - someone who is willing to attack the phones day in and day out. This is their role. This is a very focused and specific role. This is someone that puts the headset on and clicks play and for the next six hours they are just cranking it out, attacking the phones. This is why you need to be looking for a phone animal."[17]

---

[15] https://www.youtube.com/watch?v=7w8J9DMJjCo&t=1772s
[16] https://www.facebook.com/PhoneAnimal/videos/1546059619029575/?v=1546059619029575
[17] https://www.youtube.com/watch?v=NCIDiyiIc6w

34.    "We start them out [new phone animals] with a big list - lowest quality – that's neighborhoods – circle prospecting; then we take them over step-by-step until they are able to call to old expireds, old for sale by owners. Then we let them call recent expireds and recent for sale by owners. Eventually they are calling today's expireds and today's for sale by owners."[18]

35.    "We monitor how many contacts they make per dial, how many hours they are on the phone per day, how many nurtures per conversation…we have scoreboards in the office that show rankings."[19] Heyl goes on to explain how he has set it up so that other agents can hire his "phone animals" to make prospecting calls on their behalf.  Heyl explains that he has six people in his office "they [the phone animals] are making anywhere from ***800-1,000 calls a day*** and the only way you can do that is on an autodialer."

36.    When Tim Heyl describes others using autodialers in his area he says "I know here in Austin, Texas, I can't even begin to describe the amount of people that are on autodialers calling expireds and for sale by owners, it is astronomical."

37.    Heyl goes on to describe where he gets the phone numbers to give to his phone animals "There a number of ways: one place is Cole directory, we have subscription to Cole directory…we've been a part of Vulcan7 for quite some time."[20]

---

[18] https://www.youtube.com/watch?v=NCIDiyiIc6w
[19] https://www.youtube.com/watch?v=NCIDiyiIc6w
[20] https://www.youtube.com/watch?v=NCIDiyiIc6w

Case no. 20-835

38.    He goes onto explain more about autodialing "We thought Mojo was the only thing out there at that time, we found two other triple dialers, one that even does five at a time, one of them is cheaper than Mojo and one is the same as Mojo…the one we are moving to is Five9 and the other one is USADialer."

39.    "Phone Animal…it's the exact same thing, in fact the Heyl group is essentially the biggest client of Phone Animal, it was a department within the Heyl Group and now we've just extended it, that same thing, to other real estate teams." "You will pick your zip codes…we're going to have our ISAs and generate their nurtures, and deliver them to you."[21] [22]

40.    Tim Heyl even created a systems-based Keller Williams course called "Tim Heyl's Real Estate Machine" where he taught Keller Williams agents how to grow a systems-based team like he has.[23]

41.    Tim Heyl explains that "On our real estate team we have multiple departments that are focused on generating leads for the real estate agent on a regular basis. We have a call center that are cold calling neighborhoods day in and day out, doing the grunt work, that the agent doesn't want to do and doesn't necessarily doesn't have the

---

[21] https://www.youtube.com/watch?v=NCIDiyiIc6w

[22] In 2017, Tim Heyl created a platform on Keller Williams that integrated a dialer, Salesforce, and a trello task manager to monitor and make the prospectors more efficient. https://www.toptal.com/designers/resume/bryce-thompson  and https://dribbble.com/shots/6679181-Keller-Williams-Phone-Dialer-UI and https://thompsonux.com/wp-content/uploads/2019/06/03-23-2017-High-Level-Wireframes.min_.pdf

[23] https://reach150.com/m/review/69340/tim-heyls-real-estate-machine-tim-heyl-austin-tx-real-estate and https://www.youtube.com/channel/UCeYCPcfcvAJGULpad96VRLw/videos and https://www.youtube.com/watch?v=QRBWgdzVZPk and https://www.youtube.com/watch?v=x9ftVAWZrQw

time to do either, the agent needs to focus on what's going to be ready 30 days from now, 60 days from now, 90 days from now, but not cold calling neighborhoods to find a seller who might want to sell their home 12 months from now. The call center focuses on building the consistency a year from now, 2 years from now, so the pipeline is always full for each agent on our team."[24]

42.    From the fact that Tim Heyl is the biggest producing team within Defendant KW Austin SW and open about how he generates his listings, it is clear that Defendant KW Austin SW knows about and ratifies his team's and other agents' cold calling practices.

## Keller Williams Directs, Authorizes, and/or Ratifies Austin SW's Agents' Telemarketing Conduct

43.    The cold calling practices Austin SW requires of its agents are consistent with Defendant Keller Williams direction to its Keller Williams brokerages and franchises.

44.    For example, Gary Keller, as co-founder, chairman, and CEO of Defendant Keller Williams, instructs Keller Williams agents (through his books and other training) that they must approach lead generation (which he specifically describes to include cold calling using calling software and services) in a systematic and consistent way.

---

[24] https://www.youtube.com/watch?v=peYSCCmwqRU

45.    Gary Keller continuously beats the mantra to his agents "We want every agent to wake up in the morning and put in 3-4 hours of lead-generation time before noon."[25]

46.    Similarly, Defendant Keller Williams provides training across its organization through Keller Williams University (an online training site available to all Keller Williams agents), KW Maps Coaching, KW BOLD, and other courses that are substantively the same as the training KW Austin SW provides to its agents.

47.    Diane Kokoszka is the CEO of KW MAPS Coaching, the coaching arm for Defendant Keller Williams agents to achieve their highest levels of production. Kokoszka recommends that agents call FSBOs and expired listings to generate listings. In Kokoszka's words *"call them first and call them often"* and she offers scripts to her trainees on expireds.[26] This shows a clear direction from Defendant Keller Williams for agents to call consumers who have never given consent to receive calls from Keller Williams agents.

48.    In Keller Williams Connect[27] and also in Keller Williams University,[28] Keller Williams offers a foundational course entitled "Lead Generation 36:12:3."

49.    The Keller Williams "Lead Generation 36:12:3" course is designed to train agents lead generation systems to produce 36 transactions in 12 months, by doing 3 hours

---

[25] https://www.youtube.com/watch?time_continue=1&v=8yuk1tslcck
[26] https://static1.squarespace.com/static/599ef9efe4fcb56f2029cbb7/t/59f0dab090bccea6185a06b5/1508956848978/Power+Session+08+FSBO+Expired+FINAL+STUDENT+061217.pdf
[27] https://youtu.be/k2Qg_syjC1Q - 22 seconds
[28] https://docplayer.net/16511822-Lead-generation-36-12-3.html - Page 1

Case no. 20-835

14

of lead generation per day. The course also provides scripts to the Keller Williams agents to use while soliciting consumers on the phone.

50.     This course is made available to all Keller Williams agents, including KW Austin SW agents.

51.     In the course blueprint for "Lead Generation 36:12:3," the trainers spend at least one session on teaching agents how to cold call "Expireds" and "FSBOs" (for-sale-by-owners) who have not given consent to be called. In this session, the Keller Williams instructor is instructed in the course outline ***"Prepare in advance by making sure there is a telephone for making calls during the Power Session. Bring phone numbers for current FSBO and Expired listings."*** [29] Agents are given scripts provided by Defendant Keller Williams and are trained in role-playing FSBO and expired scripts. The trainer then teaches these agents to rinse and repeat this activity for 3-hours every day i.e. "the 3

---

[29]

https://images.kw.com/connect/attachments/1204307816200_Instructor_guide_and_blueprint.pdf

Hour Habit" to become a successful lead generator.

| | Power Session | Objective | Notes on Content | Exercises |
|---|---|---|---|---|
| 8 | FSBOs & Expired Listings | Presents a number of ways agents can win with homeowners who have already identified themselves as ready to sell—For Sale By Owners and sellers with Expired Listings. Experts share their tips and scripts for success. Learn how to find, cultivate, and capture these great leads.<br><br>Notes on Pacing:<br>• Spend only a minute or two on each slide in order to have enough time for exercises<br>• 104 minutes for exercises<br>• 16 minutes for content delivery | Slides and notes in the instructor guide draw attention to the most important points.<br><br>Agents will have to read most of the Power Session outside of class. Practicing scripts and calling FSBOs or Expired Listings is the most important part of the class so make sure you don't compromise on time allocated for those activities.<br><br>Prepare in advance by making sure there is a telephone for making calls during the Power Session. Bring phone numbers for current FSBO and Expired listings. (See instructor note for the exercise at the end of the Power Session).<br><br>When teaching in Canada, eliminate time for practicing Expired Listing scripts. That time can be used on FSBO scripts and calls to FSBOs.<br><br>Sample forms are in the Appendix and files are on the Toolkit CD. Scripts are also on the Toolkit CD.<br><br>Note: If possible, consider teaching this session is 2½ or 3 hours. | 1. Where You Are Today<br>2. What Will Make This a Great Training Experience<br>3. Why Houses Do Not Sell<br>4. FSBO Contacts<br>5. Role-Play FSBO Scripts<br>6. Role-Play Expired Scripts<br>7. Make Calls to FSBO and/or Expired Listingss<br>8. Power Session Aha's<br>9. Your Lead Generation Action Plan<br>10. The 3 Hour Habit |

*Figure 3: 36:12:3 Course Outline Regarding Training Agents to Call FSBOs & Expireds*

52.     Keller Williams provides a "Keller Williams University Scripts Catalog" specifically on "Lead Generation" as part of its training to agents in Keller Williams University.[30] These scripts produced by Defendant Keller Williams "are the result of colloboration with many different sources – through brainstorming with other [Keller Williams] Mega Agents, from ideas and tips shared by coaches and consultatnts, and through the training events that they have attended." This script catalog is available on

---

[30] https://www.kwconnect.com/search?q=internet+lead+generation

Keller Williams University online to all Keller Williams real estate agents.



53.    Keller Williams' scripts specifically direct agents on the words to say when cold calling (including identifying themselves as an agent with Keller Williams Realty), calling expired listings and FSBOs, and calling all phone numbers in a certain area i.e. geographic farming.[31] The scripts even include "objection handlers" when consumers object to being called.

54.    Here is a sample of one of the *cold calling scripts* Keller Williams trains agents on. It is clear from the script that the caller has no previous relationship with the consumer and that the consumer never consented to receive these calls.

---

[31]https://static1.squarespace.com/static/599ef9efe4fcb56f2029cbb7/t/59f0d5f5fe54ef8dcdab30c9/1508955638543/KWU+-+Scripts-Buyers+-+Manual+v3.2.pdf and https://static1.squarespace.com/static/599ef9efe4fcb56f2029cbb7/t/59f0d5c6f09ca48969fad1c0/1508955591452/KWU+-+Scripts-sellers+-+manual+v3.2.pdf These scripts are currently available to KW agens on KWconnect https://www.kwconnect.com/search?q=Scripts and there are courses taught from Keller Williams University on how to use these scripts.

Asking for Prospect's Contact Information: Script #4

| | |
|---|---|
| AGENT: | Hi, am I speaking with the owner of the home? |
| PROSPECT: | *Yes.* |
| AGENT: | My name is _____, with Keller Williams Realty. I work with a lot of buyers and sellers in the area and I was wondering: how much time will you take before you'll consider interviewing the right agent for the job of selling your home? |
| PROSPECT: | *I hadn't considered hiring an agent.* |
| AGENT: | Well, what has to happen before you'll consider hiring a powerful agent like me for the job of selling your home? |
| PROSPECT: | *I'm really not interested.* |
| AGENT: | Is it okay if I give you a call back in another week? |
| PROSPECT: | *Sure.* |

Asking Prospect for Leads: Script #1

| | |
|---|---|
| AGENT: | Good morning. My name is _____. I'm from the _____ (group). We just listed a home in your neighborhood. |
| | *or* |
| | We have a home for sale right here in your neighborhood. I'm walking through the neighborhood to pass around a little information to everyone and to ask you if you know anyone who's looking to move into the neighborhood that we may help out. |
| PROSPECT: | *No one that I can think of right now.* |
| AGENT: | Great. Thanks for thinking about that. Who do you know that's looking to just buy or sell, in general? |
| PROSPECT: | *I don't know anyone.* |
| AGENT: | How about yourself? When do <u>you</u> plan on moving? |
| PROSPECT: | *Probably no time soon.* |
| AGENT: | Thank you very much for your time. The next time I'm in the area, or when I have an open house, I'll stop by and say hello. Goodbye. |

55.    The scripts specifically train the agents on what to say, to identify the agent

as working for Defendant Keller Williams, and to solicit them for business.

56.    The Keller Williams script catalog is loaded with different scripts within

each category. For example, in the cold calling category alone, Keller Williams provides

at least 10 different cold calling scripts.

Cold Calling...............................................................................170

Positioning Yourself as the Neighborhood Real Estate Specialist: Script #1 ............... 170

Positioning Yourself as the Neighborhood Real Estate Specialist: Script #2 ............... 170

A Script for Your Team to Use on Your Behalf: Script #1 ......................................... 171

A Script for Your Team to Use on Your Behalf: Script #2 ......................................... 171

Announcing a Just-Sold Home in Your Neighborhood: Script #1 ............................ 172

Announcing a Just-Sold Home in Your Neighborhood: Script #2 ............................ 172

Announcing a Just-Sold Home in Your Neighborhood: Script #3 ............................ 173

Announcing a Just-Listed Home in Your Neighborhood: Script #1 .......................... 174

Announcing a Just-Listed Home in Your Neighborhood: Script #2 .......................... 175

57.   On the subject of calling expired listings (which by definition the agent has no consent to call), Keller Williams provides at least 20 different scripts on the "First Call to an Expired Listing."

## EXPIRED LISTINGS.............................................................. 23

### First Call to Expired Listings Seller..................................23

Number One Agent in Properties Sold: Script #1 ........................ 23

Number One Agent in Properties Sold: Script #2........................ 23

If I Had a Buyer for You, Would You Consider Selling?: Script #1 ............................ 24

Qualifying an Expired Listings Seller: Script #1 ........................ 25

Qualifying an Expired Listings Seller: Script #2 ........................ 25

Qualifying an Expired Listings Seller: Script #3 ........................ 26

Qualifying an Expired Listings Seller: Script #4 ........................ 26

Qualifying an Expired Listings Seller: Script #5 ........................ 28

Qualifying an Expired Listings Seller: Script #6........................ 28

Qualifying an Expired Listings Seller: Script #7........................ 29

Exploring the Four Reasons Homes Don't Sell: Script #1 ......................... 32

Specializing in Hard-to-Sell Homes: Script #1........................ 32

Issuing a Verbal Guarantee: Script # 1 ................................ 33

Are You Still Interested in Selling?: Script #1 ........................ 33

Leaving a Voice Mail Message: Script #1 ................................ 33

Leaving a Voice Mail Message: Script #2 ................................ 33

Leaving a Voice Mail Message: Script #3 ................................ 33

Leaving a Voice Mail Message: Script #4 ................................ 34

Leaving a Voice Mail Message: Script #5 ................................ 34

Leaving a Voice Mail Message: Script #6 ................................ 34

58.     Keller Williams provides another 20 different scripts on "The First Call to a FSBO" and another 9 scripts on cold calling within a "Geographic Farm."

59.     Keller Williams even provides scripts when consumers object to the onslaught of calls and say "I'm Tired of Agents Calling Me!" Keller Williams instructs their agents to use the following script and still push for the agents to solicit the consumer

for their listing despite the consumer's objection.



*Figure 4: KWU Scripts Catalog by Keller Williams*

60.    Gary Keller, the founder, chairman, and CEO of Defendant Keller Williams wrote the book *"Millionaire Real Estate Agent"* ("MREA") which outlines in detail the daily habits a realtor needs to perform to be a millionaire real estate agent and the organizational structure a brokerage needs to be in order to achieve the highest level of production. This book is touted to Keller Williams agents as the foundational book to build their real estate empire.

61.    Defendant KW Austin SW specifically follows the model of the MREA in their brokerage. On Defendant KW Austin SW "Training and Coaching" page of their website they state "Our coaches are experts on industry best practices, ***the models of MREA*** and Keller Williams systems, putting them in a unique position to guide you to the next level."

62.     In this MREA book, Gary Keller lays the foundation that lead generation is at the heart of a successful real estate agent's business.

- "The issue of leads should always be at the forefront of your business consciousness."

- "No matter how you slice it, lead generation will almost always come down to a game of numbers. *For effective lead generation, you need to be systematic (frequency and consistency) and go for sheer volume.*"

- "Peak performance in sales requires you to have a *systematic marketing-based Lead-Generation Model,*"

- "Remember, success in the lead-generation game is in the numbers, so *you simply can't overdo it. Again, let me reiterate that you can never have too many leads.*"

- "You could *view the idea of lead generation as being something like a shark.* For one thing, in the ocean of real estate sales disciplines, lead generation is most definitely at the top of the food chain—there is nothing that has greater potential to impact your business. But lead generation is also like a shark in that it can never stop. As you may know, in order for most sharks to breathe, they must keep moving, which forces water through their gills. If they stop, they drown. Similarly, a lead-generation program must always be active; when it is idle for any length of time, it tends to lose its strength. In our experience, many agents who shift their focus between generating leads and servicing the leads tend to go through an up-and-down cycle of activity and cash flow. When they have lots of business and their income seems secure, they focus on service and administration. And when there is not enough business and their income is at risk, they shift their focus back to lead generation and try to re-create the momentum that caused them to shift their focus in the first place. Simply put, this is not a formula for long-term stability and success."

63.     Gary Keller goes on to outline in the MREA the exact steps and organizational structure of how a real estate agent can build a real estate empire (much of what Fulcrum has done to achieve their success).  Gary Keller places "telemarketing" as one of the key pillars of the system.



*Figure 5: From Gary Keller's Millionaire Real Estate Agent Book*



*Figure 6: From Gary Keller's Millionaire Real Estate Agent Book*

64.    Keller Williams' CEO Gary Keller maintains a close connection with KW Austin SW itself, regularly coming to speak at its main office. The following are some examples.



32

 Melanie Owen Kennemann is 😄 feeling excited with Anne Rosenberg and 17 others at Keller Williams Realty International.
November 9, 2018 · Austin, TX · 🌐

No matter how many times or hours I am privileged to learn from Gary Keller educating us on our industry, I am smarter because of it!!! Kw agents can tune in on kw connect and watch the live stream with us NOW! Part two is about to start so login to kw connect and see the latest in TECH!!!!! I loved his opening quote about managers vs. leaders. The manager goes through the forest with the people, and the leader climbs the tree and says "wrong forest"!! #teamGARY #gamechanger #kwaustinrocks



33

---

**Keller Williams Promotes Using Autodialers that Leave Pre-Recorded Messages
and Provides an Autodialer that Austin SW Promotes to its Agents**

65.    In Keller Williams Family Reunion of 2016, KW TeamLeads was

introduced to Keller Williams' agents.

66.    Included in the presentation was Vulcan7, a platform that generates lists of

consumers with expired listings and FSBO's, including phone numbers, along with an

autodialer and prerecorded function (like the one that called Plaintiff in this case) that

agents can use to call consumers.



67.    Vulcan7 allows agents to leave pre-recorded voicemails if a consumer

doesn't answer a call so the agent can move on to the next call seamlessly:

**Take the "slog" out of sales calls.**

Dial up to 80 leads per hour. Vulcan7's dialer masterfully
streamlines time-consuming tasks like voicemail, email,
and workflows, so you spend more time on the phone -
closing deals.

35

---

[34] http://kw-sites.s3-us-west-2.amazonaws.com/kw-images-prod/s3fs-
public/Introducing%20KW%20TeamLeads.pdf - Page 29
[35] https://www.vulcan7.com/dialer/

68.     Based on its own promotion of Vulcan7, Keller Williams knows or should know about KW Austin SW's agents prerecorded, telemarketing conduct. Notwithstanding, Keller Williams does nothing to stop this illegal conduct, and instead profits from and otherwise reinforce it through its own coaching and training programs for all Keller Williams agents.

### Keller Williams Promotes Cold Calling Through their KW Maps Coaching and Bold Programs

69.     KW Maps Coaching, which is the coaching and educational arm of Defendant Keller Williams, trains agents and team leaders on lead generation. Cold calling is central to their lead generation tactics.

70.     For example, on KW Maps Coaching, they teach a paid course on "Marathon Lead Gen and Conversion" which teaches "powerfully systems and scripting from Richard Schulman, the rainmaker of a 20 person team that has consistently ranked among the top KW teams."[36] [37] In that training session he states "There are different kinds of calls you will be making, if you are circle dialing or cold dialing, that's a lot higher volume of calls and you will be using an autodialer, so we will have a training specifically for that within the class."[38] Schulman goes on to train Keller Williams agent that "originally when we started this class 5 years ago we called it human autodialer, now

---

[36] https://mapscoaching.com/coaching-programs/marathon-lead-gen-and-conversion/

[37] Richard Schulman is Keller Williams number 1 sales group in Los Angeles and was the number two sales team in Keller Williams in 2014-2015. https://richardschulman.com/about-us/about-richard/

[38] https://www.youtube.com/watch?v=3wjEEe-Jva4 He goes on to say "for circle dialing you should be able to make 150 calls per hour."

a lot of you have easier and less expensive access to autodialers, and I believe you should be using an autodialer. What I find is that the autodialer solves a lot of problems by generating the numbers ahead of time and preventing you from stopping. We will give an autodialer training to go through this."[39]

71.     In another KW Maps Coaching course, Schulman teaches "We are going to use our technology to improve our business and improve our efficiency. We are going to talk about using our triple-line dialers, we are going to talk about Sly-Dial, and text messaging."[40]



72.     Sly dial provides real estate agents with the ability to send prerecorded voice messages to consumers like the one Plaintiff in this case received.

---

[39] https://www.youtube.com/watch?v=3wjEEe-Jva4
[40] https://www.youtube.com/watch?v=zCdGEnb0V-4

73.    In another KW MAPS course called "Take Control of Your Market Through Listings," they train agents on lead generation and part of that is calling expired listings and for sale-by-owners.



In addition, they provide scripts to train agents on what to say and when they call these leads.

74.    Another KW MAPS course taught by Jackie Kravitz and Bill Crespo "Doing the 5" the KW Maps Coaches train agents to call FSBOs, expireds, just-listed, just sold, and consumers in a geographic area.[42] "Power-Up Prospecting" will teach the "lead sources" to call these leads and well as the scripts to use on the call. Included in this training is what to say when expired consumers are mad that you have called them and other objections made by consumers.[43] In another course taught by Jackie Kravitz "How

---

[41] https://www.youtube.com/watch?v=uqBAcmy8F2M
[42] https://www.youtube.com/watch?v=PXvsv5nbvsU
[43] https://www.youtube.com/watch?v=ubl_k8BaOqY

to Take 2 Listings per Weeks with FSBO's and Expired Listings" she says "Do you call back the ones that hang up on you? Yes, yes, 100%"[44]

75.    In another KW MAPS coaching course called "Introduction to ISA Coaching" taught by team leader of The Heyl Group, Seth Goldberg, the top grossing sales commission team of Defendant KW Austin SW, trains Keller Williams agents in the tools to generate leads by obtaining on expireds, FSBOs, withdrawns from Vulcan7 and to obtain circle prospecting data from Cole Resource and to call these leads through the Mojo dialer.[45] Seth Goldberg teaches in his "Introduction to ISA Coaching" course "Mojo is an awesome dialer -it's a triple dialer…you can sit there with a headset on and dial three numbers at once. I think it depends on what state you're in as well, I know there has been some legal stuff going on but you can do a triple dialer and it's not ringing in your head or anything like that, they just pick up, their information is there, and you just go for it. We have people making 2,000 – 3,000 dials per day. So where are we getting that data from? Vulcan7 for expireds, FSBOs, withdrawns. Cole Resources for that circle prospecting data. Circle Prospecting for us is the bread and butter for the Heyl group."[46] Ben Pickthorn the other trainer on this course states that his Keller Williams team "We do use Mojo – the triple line dialer…and then we use Landvoice for our expireds and FSBO data…Vulcan7 has a dialer built into as well…and the cream of the

---

[44] https://www.youtube.com/watch?v=gwxRRslis-c
[45] https://www.youtube.com/watch?v=0EgWTSL99jw
[46] https://www.youtube.com/watch?v=0EgWTSL99jw

Case no. 20-835

crop is Cole Resource for circle prospecting, that's what we use as well."



76.    In this course, the KW MAPS coaches also teach "What to track – Dial Time, Dials, Contacts, Appointments." In addition, they state that an ISA should be "6 hours on the dialer, 1 hour admin, and 1 hour training/breaks."



77.    Notably, the Mojo dialer, like the Vulcan7 dialer, includes the ability to automatically transmit prerecorded messages during cold calls.

**Keller Williams Provided their Own Leads to**
**Agents to Call Without the Consumer's Consent**

78.    Keller Williams featured their own leads they would sell to Keller Williams

agents called KW Team Leads, where they would source expired, withdrawn, and FSBOs

leads.

79.    KW Team Leads included a Vulcan7 powerdialer that provides "Auto-

dialing and Seller Leads in One." As part of KW Team Leads "You will receive daily

expired, withdraw, and FSBO leads, pushed directly into the platform."



The KW Team Leads also came with access to Vulcan7 which comes with the ability to

send these leads pre-recorded messages like the one Plaintiff received.



80.    In "90 Listings in 90 Days" a presentation given at the annual Keller Williams national event, KW MAPS coaches Craig and Annemarie Reger teach a course on lead generation including generating leads from circle prospecting, expireds, and FSBOs. They specifically endorse using the triple line dialer of Mojo. For generating expired listings, they specifically endorse using "RedX and Mojo Power dialer."

## The ONE Thing: Get Listings!
- Expireds
  - Focus on old expireds (2007-2013)
  - Use REDX and Mojo Power dialer

In addition, they provide agents with specific scripts to use on these calls tailored to expired or FSBO calls. In addition, they reiterate the use of technology to efficiently

make these calls, including Mojo and RedX.

# Improve Technology
- Mojo
- REDX
- BOOM headphones
- Additional phone lines and screen/control incoming calls

### Keller Williams Promotes Cold Calling at their National Events

81.    Keller Williams promotes cold calling at its national event for its agents, including Keller Williams Reunion, and online through Keller Williams University.

82.    For example, Josh Burnett gave a presentation at a Keller Williams Reunion "Get Leads with the Top Ten Lead Generation Sources." Josh Burnett is a Keller Williams University approved real estate agent trainer.

83.    In this presentation, Burnett trains agents to call consumers in a geographic area called "Geographic Farming," calling FSBO's, expired listings, just listed, and circle prospecting."

84.    Burnett refers to FSBOs as "Fastest Source of Business Opportunity" and to expireds as the "Lowest cost-highest return contact you can make."

85.    In "Just Listed / Just Sold Circle Prospecting" which is referring to drawing a circle around neighborhoods where an agent in the office just listed or just sold a property and calling each home in the neighborhood to solicit those homeowners to list

Case no. 20-835

their property with the agent calling them. Burnett states "Always have 300 – 500 phone numbers in reserve so you always have a call list" and goes on to recommend dialers such as archagent PowerDialer, Mojo Dialer, and Landvoice as dialer systems to use to call those homeowners (whom they have no consent to call).

## PLAINTIFF ASHER'S ALLEGATIONS

### Consistent with Keller Williams' and KW Austin SW's Direction, a KW Austin SW Agent Cold Called Plaintiff Using a Pre-Recorded Message to Solicit Him

86.    On July 15, 2020, Plaintiff Asher received a pre-recorded voicemail on his cell phone from an Austin SW agent using phone number 512-248-0840 instructing him to call Patrick McGinley if he was interested in selling his home.

87.    Phone number 512-248-0840 is listed as the main phone number for Keller Williams McGinley Group on the McGinley Group Keller Williams website:



---

[47] http://mcginleygroup.yourkwagent.com/

88.     Patrick and Catherine McGinley are both listed as KW Austin SW agents

on the KW Austin SW website:



89.     McGinley Group has also been recognized for its sales success on the KW

Austin SW Facebook page:



---

[48] https://austinsouthwest.yourkwoffice.com/our-associates
[49]
https://www.facebook.com/KellerWilliamsAustinSWMC/photos/a.342305085382/10160882160695383/?type=3&theater

90.     In response to the unsolicited, pre-recorded phone call that he received, Plaintiff Asher called 512-248-0840 and told the agent that he spoke to that his phone number is registered on the National Do Not Call registry, and demanded that the calls stop.

91.     Plaintiff Asher never consented to receiving solicitation calls from any of the Defendants or their agent that called him.

92.     Plaintiff was not looking to solicit the services of any real estate agencies.

93.     The unauthorized telephone call made by Defendant, as alleged herein, has harmed Plaintiff Asher in the form of annoyance, nuisance, and invasion of privacy, and disturbed the use and enjoyment of his phone, in addition to the wear and tear on the phones' hardware (including the phones' battery) and the consumption of memory on the phone.

94.     Seeking redress for these injuries, Plaintiff Asher, on behalf of himself and a Class of similarly situated individuals, bring suit under the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq., which prohibits unsolicited pre-recorded phone calls to cellular telephones.

## CLASS ALLEGATIONS

### Class Treatment Is Appropriate for Plaintiff's TCPA Claim

95.     Plaintiff Asher bring this action pursuant to Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3) and seek certification of the following Class:

All persons in the United States who from four years prior to the filing of this action through class certification (1) a KW Austin SW agent called, (2) on the person's cellular phone number, (3) using a pre-recorded voice message.

96.     The following individuals are excluded from the Class: (1) any Judge or Magistrate presiding over this action and members of their families; (2) Defendants, their subsidiaries, parents, successors, predecessors, and any entity in which any Defendant or its parents have a controlling interest and their current or former employees, officers and directors; (3) Plaintiff's attorneys; (4) persons who properly execute and file a timely request for exclusion from the Class; (5) the legal representatives, successors or assigns of any such excluded persons; and (6) persons whose claims against Defendants have been fully and finally adjudicated and/or released. Plaintiff Asher anticipates the need to amend the Class definitions following appropriate discovery.

97.     **Numerosity**: On information and belief, there are thousands of members of the Class such that joinder of all members is impracticable.

98.     **Commonality and Predominance**: There are many questions of law and fact common to the claims of Plaintiff Asher and the Class, and those questions predominate over any questions that may affect individual members of the Class. Common questions for the Class include, but are not necessarily limited to the following:

   a.   whether Keller Williams agents used a pre-recorded voice to call Plaintiff and the members of the Class;

   b.   whether the agents made those calls without prior express written consent;

   c.   whether Keller Williams and/or KW Austin SW are vicariously liable for the agents' calls; and

      d.   whether Defendants' conduct was willful or knowing, entitling the class to treble damages.

99.    **Adequate Representation**: Plaintiff Asher will fairly and adequately represent and protect the interests of the Class, and has retained counsel competent and experienced in class actions. Plaintiff Asher has no interests antagonistic to those of the Class, and the Defendants have no defenses unique to Plaintiff. Plaintiff Asher and his counsel are committed to vigorously prosecuting this action on behalf of the members of the Class, and have the financial resources to do so. Neither Plaintiff Asher nor his counsel have any interests adverse to the Class.

100.    **Appropriateness**: This class action is also appropriate for certification because the Defendants have acted or refused to act on grounds generally applicable to the Class as a whole, thereby requiring the Court's imposition of uniform relief to ensure compatible standards of conduct toward the members of the Class and making final class-wide injunctive relief appropriate. Defendants' business practices apply to and affect the members of the Class uniformly, and Plaintiff's challenge of those practices hinges on Defendants' conduct with respect to the Class as a whole, not on facts or law applicable only to Plaintiff. Additionally, the damages suffered by individual members of the Class will likely be small relative to the burden and expense of individual prosecution of the complex litigation necessitated by Defendants' actions. Thus, it would be virtually impossible for the members of the Class to obtain effective relief from Defendants' misconduct on an individual basis. A class action provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

## FIRST CLAIM FOR RELIEF

### Telephone Consumer Protection Act
### (Violation of 47 U.S.C. § 227)
### (On Behalf of Plaintiff Asher and the Class and against all Defendants)

101.    Plaintiff repeats and realleges the foregoing paragraphs of this Complaint and incorporates them by reference.

102.    Defendants' agents transmitted unwanted solicitation telephone calls to Plaintiff and the other members of the Class using a pre-recorded voice.

103.    These pre-recorded voice calls were made *en masse* without the prior express consent of the Plaintiff and the other members of the Class.

104.    Defendants' are vicariously liable for their agents' unwanted, prerecorded solicitation calls.

105.    Defendants have, therefore, violated 47 U.S.C. § 227(b)(1)(A)(iii). As a result of Defendants' conduct, Plaintiff and the other members of the Class are each entitled to a minimum of $500 in damages, and up to $1,500 in damages, for each violation.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Asher, individually and on behalf of the Class, prays for the following relief:

106.    An order certifying this case as a class action on behalf of the Class as defined above; appointing Plaintiff Asher as the representative of the Class; and appointing his attorneys as Class Counsel;

107.    An award of actual and/or statutory damages and costs;

Case no. 20-835                                                                39

108.    An order declaring that Defendants' actions, as set out above, violate the

TCPA;

109.    An injunction requiring Defendants to cease all unsolicited calling activity,

and to otherwise protect the interests of the Class; and

110.    Such further and other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff Asher requests a jury trial.

Respectfully Submitted,

**ROBERT ASHER**, individually and on behalf
of those similarly situated individuals

Dated: August 9, 2020                By: /s/ *Robert A. McLauchlan*
Robert A. McLauchlan, MD, JD
The Law Offices of Robert A. McLauchlan
1409 Harborside Dr.
Galveston, TX 775509
Telephone: (512) 339-4100
Robert.A.McLauchlan@gmail.com

Avi Kaufman*
kaufman@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

Stefan Coleman*
law@stefancoleman.com
Law Offices of Stefan Coleman, P.A.
201 S. Biscayne Blvd, 28th Floor
Miami, FL 33131
Telephone: (877) 333-9427

*Attorney for Plaintiff and the Class*

*Pro hac vice motion forthcoming

Case no. 20-835

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas ▢▾

| | |
|---|---|
| ROBERT ASHER, individually on behalf of all others similarly situated, | ) ) ) ) |
| _____ *Plaintiff(s)* | ) ) ) |
| v. | ) Civil Action No.  20-835 |
| KELER WILLIAMS REALTY, Inc., and KW MANAGEMENT, LLC, | ) ) ) |
| _____ *Defendant(s)* | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Keller Williams Realty, Inc.
c/o Valerie Vogler-Stipe
1221 South Mopac Expressway
Suite 400
Austin, TX 78746


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert A. McLauchlan PLLC
Robert McLauchlan
1409 Harborside Dr.
Galveston, TX 77550
(512) 339-4100
Robert.A.McLauchlan@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    Case no. 20-835

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                      *Server's signature*

                                                      _____
                                                      *Printed name and title*


                                                      _____
                                                      *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas ▼

| | |
|---|---|
| ROBERT ASHER, individually on behalf of all others similarly situated, | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| KELER WILLIAMS REALTY, Inc., and KW MANAGEMENT, LLC, | ) ) ) |
| _____ | ) ) |
| *Defendant(s)* | ) |

Civil Action No.   20-835

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    KW Management, LLC
c/o Boone Almanza
2301 S. Capital Of Texas Building H
Austin, TX 78746

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Robert A. McLauchlan PLLC
Robert McLauchlan
1409 Harborside Dr.
Galveston, TX 77550
(512) 339-4100
Robert.A.McLauchlan@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   Case no. 20-835

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: