IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROBERT ASHER, individually and on behalf of others similarly situated, § § § | | |
| Plaintiff, § § | | |
| v. § | | 1:20-CV-835-RP |
| § § § | | |
| KELLER WILLIAMS REALTY, INC., and KW MANAGEMENT LLC, § § § § | | |
| Defendants. § | | |

# FINAL JUDGMENT

On April 27, 2021, this case was consolidated with *Wright v. Keller Williams Realty, Inc.*, No. 18-cv-0775-RP (W.D. Tex. Sept. 12, 2018). (Dkt. 30). On May 5, 2022, Plaintiff Robert Asher and Defendants stipulated to the dismissal of all of Asher's claims without prejudice. *Wright*, No. 18-cv-0775-RP (W.D. Tex. May 4, 2022) (Stipulation, Dkt. 90). The Court then entered an order terminating Asher as a party pursuant to Rule 41(a)(1)(A)(ii). *Id.* (Dkt. 91). Asher has dismissed all of his claims with prejudice. Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Plaintiff Robert Asher's claims against Defendants are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

**SIGNED** on August 7, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE